UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE RUBEN B. BROOKS TO MAGISTRATE JUDGE DAVID D. LESHNER | **ORDER OF TRANSFER** |
|---|---|

IT IS HEREBY ORDERED that the following listed cases are transferred from the calendar of Magistrate Judge Ruben B. Brooks to the calendar of Magistrate Judge David D. Leshner for all further proceedings. All conferences or hearing dates previously set before Judge Brooks will remain as scheduled before Judge Leshner. Any dates set before the district judge remain unchanged.

| Case No. | Case Name |
|---|---|
| 21cv385-RBB | Stenerson v. Saul |
| 21cv1587-BEN | Doe v. Neighborhood Healthcare et al. |

///
///
///
///

1

| | | |
|---|---|---|
| 1 | 22cv824-BEN | Hernandez v. Mercedes-Benz USA, LLC |
| 2 | 19cv848-JAH | Ronald Cohn, Inc. v. Sprouts Farmers Market, Inc. |

Dated:  January 6, 2023

*/s/ Ruben Brooks*
Hon. Ruben B. Brooks
United States Magistrate Judge