# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN LYNN STENERSON,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security<br><br>　　　　　　　　Defendant. | **ORDER OF TRANSFER** |

　　　IT IS HEREBY ORDERED that the following case is transferred from the calendar of the Honorable David D. Leshner to the calendar of the Honorable Karen S. Crawford for all further proceedings. All conferences or hearing dates previously set before Judge Leshner will remain as scheduled before Judge Crawford. Any dates set before the district judge remain unchanged.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

| | Case No. | Case Title |
|---|---|---|
| 1 | | |
| 2 | 3:21-cv-00385-DDL | *Stenerson v. Saul* |
| 3 | Dated: January 11, 2023 | |

_David Leshner_ (signature)

Honorable David D. Leshner
United States Magistrate Judge