# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN LYNN STENERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 3:21-cv-00385-KSC<br><br>ORDER GRANTING JOINT MOTION FOR AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL JUSTICE ACT, 28 U.S.C. SECTION 2412(D)<br><br>DOC. NO. 28 |

Pending before the Court is the Parties' September 6, 2023 Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Justice Act, 28 U.S.C. section 2412(d) ("Joint Motion"). Doc. No. 28. Based upon the Parties' submission and their stipulation to the fee award, the Court GRANTS the Joint Motion and awards to Darrin Lynn Stenerson attorney's fees in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412 and subject to the terms of

/ /

-1-

1  the Joint Motion, including, but not limited to, any offset as determined by the
2  Government.
3      **IT IS SO ORDERED.**
4
5  Dated:  September 12, 2023
6                                                          Hon. Karen S. Crawford
7                                                          United States Magistrate Judge